CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 15 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| SAMUEL A. MARVIN, | ) | Civil Action No. 7:11-cv-00609 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARK, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend (ECF no. 49) is **GRANTED**; respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's miscellaneous motions about deadlines and institutional roadblocks (ECF no. 47, 48) are **DENIED**; petitioner's motion to compel, to hold in contempt, and for sanctions (ECF no. 53) is **DENIED**; petitioner's motions to waive exhaustion and to revisit exhaustion (ECF no. 50, 67) are **DENIED**; petitioner's motion for bond (ECF no. 70) is **DENIED**; petitioner's motions to appoint counsel and motion to amend a motion to appoint counsel (ECF no. 52, 63) are **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 15th day of March, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge